Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **IDL Development, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS - EASTERN DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Continuum Energy Technologies, LLC**  421 Currant Road  Fall River, MA 02720 | | | Contingent  Unliquidated  Disputed | | | $9,500,000.00 |
| **T.J. Crotty TTEE & S.K. Crotty TTEE**  c/o Battery Global Advisors  1 Marina Park Drive, Suite 1150  Boston, MA 02210 | | **Money Loaned** | | | | $5,073,797.71 |
| **Goodwin Procter LLP**  100 Northern Avenue  Boston, MA 02210 | | **Legal Services** | | | | $2,285,576.57 |
| **Ebur Investments, LLC**  c/o Dentons US LLP  Attn: Karl V. Hopkins, Esq.  1221 McKinney Street, Suite 1900  Houston, TX 77010 | | **Settlement** | | | | $1,579,630.00 |
| **Baerlein & Partners**  316 Stuart Street  Boston, MA 02116 | | **Professional Services** | | | | $10,000.00 |
| **Airgas USA, LLC**  P.O. Box 802576  Chicago, IL 60680-2576 | | **Trade** | | | | $2,371.28 |
| **Libby Hoopes P.C.**  399 Boylston Street  Boston, MA 02116 | | **Legal Services** | | | | $2,341.50 |
| **McMaster-Carr**  P.O. Box 7690  Chicago, IL 60680-7960 | | **Trade** | | | | $866.91 |

Debtor **IDL Development, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Horizon Nominee Realty Trust II Warren G. Miller Horizon Realty Trusts 15 Court Square, Suite 250 Boston, MA 02108** | | **Repairs** | | | | **$789.89** |
| **Verizon P.O. Box 15124 Albany, NY 12212-5124** | | **Phone Service** | | | | **$238.22** |