# United States Bankruptcy Court
### District of Massachusetts - Eastern Division

In re  **IDL Development, Inc.**                                    Case No.  **18-14808-JNF**
Debtor(s)                                                Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **2017 Walkabout, LLC** | Series A | 100,815.0 | **Preferred Stock** |
| **3 K Capital Group, Inc.** | Series A | 28,530.0 | **Preferred Stock** |
| **Alec Ellison** | Series A | 14,930.0 | **Preferred Stock** |
| **Alejandro Santo Domingo** | Series A | 179,873.0 | **Preferred Stock** |
| **Arthur W. Coviello Jr.** | Series A | 94,589.0 | **Preferred Stock** |
| **Astro Holdings II, LLC** | Series A | 392,966.0 | **Preferred Stock** |
| **Bachmann Family Trust** | Series A | 43,280.0 | **Preferred Stock** |
| **Barry Bycoff** | Series A | 39,853.0 | **Preferred Stock** |
| **Beacon Street Investment Partners, LLC** | Series A | 99,352.0 | **Preferred Stock** |
| **Business Owens & Owens** | Series A | 30,333.0 | **Preferred Stock** |
| **CHIMERICA Holding GmbH** | Series A | 27,081.0 | **Preferred Stock** |
| **Christopher Brodeur** |  | 287,658.0 | **Common Stock** |
| **Christopher Gaffney** | Series A | 209,351.0 | **Preferred Stock** |
| **Christopher Nagel** |  | 5,507,176.0 | **Common Stock** |

In re: **IDL Development, Inc.** Case No. **18-14808-JNF**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **D. Scott Brown** | Series A | 41,887.0 | **Preferred Stock** |
| **Douglas Kra** | Series A | 40,903.0 | **Preferred Stock** |
| **Emjo Investments, Ltd.** | Series A | 534,845.0 | **Preferred Stock** |
| **Glenlyon Management, Inc.** | Series A | 30,096.0 | **Preferred Stock** |
| **GM Partners** | Series A | 14,284.0 | **Preferred Stock** |
| **GSJ Investments, LLC** | Series A | 81,201.0 | **Preferred Stock** |
| **H. Joachim von der Goltz Children's Tr.** | Series A | 13,844.0 | **Preferred Stock** |
| **J.H.C. Nichol 2017 Trust** | Series A | 14,284.0 | **Preferred Sstock** |
| **James A. Rullo** | Series A | 97,968.0 | **Preferred Stock** |
| **Jeffrey M. Reisenberg, et al. Revoc. Tr.** | Series A | 29,106.0 | **Preferred Stock** |
| **John P. McMahon Jr.** | Series A | 58,914.0 | **Preferred Stock** |
| **Jordan Investment Associates II, LP** | Series A | 81,201.0 | **Preferred Stock** |
| **Juan Mini** | Series A | 20,371.0 | **Preferred Stock** |
| **Katherine Gundeson** | Series A | 24,195.0 | **Preferred Stock** |
| **Kelli Sousa** | | 67,120.0 | **Common Stock** |

In re: **IDL Development, Inc.**　　　　　　　　　　　　　Case No. **18-14808-JNF**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kimberly Brodeur** | | **153,417.0** | **Common Stock** |
| **Kimberly Glantz** | | **153,417.0** | **Common Stock** |
| **Lawrence D. Lenihan** | Series A | **40,845.0** | **Preferred Stock** |
| **Lee Deninger** | Series A | **20,899.0** | **Preferred Stock** |
| **Lori Colella** | Series A | **80,232.0** | **Preferred Stock** |
| **Lori Colella** | Series A | **24,751.0** | **Preferred Stock** |
| **Mark Janson** | | **153,417.0** | **Common Stock** |
| **Michael Prendergast** | | **153,417.0** | **Common Stock** |
| **Nathan Fortier** | | **67,120.0** | **Common Stock** |
| **Paul & Lynne Vanderslice** | Series A | **30,261.0** | **Preferred Stock** |
| **Paul Deninger** | Series A | **184,518.0** | **Preferred Stock** |
| **Paul Deninger** | | **1,150,631.0** | **Common Stock** |
| **Paul J. Salem** | Series A | **441,830.0** | **Preferred Stock** |
| **PCO1 Vermogens-Verwaltungs-GmbH** | Series A | **118,926.0** | **Preferred Stock** |
| **Pensco Trust FBO Edw. M. Bralower IRA** | Series A | **31,214.0** | **Preferred Stock** |

| In re: | **IDL Development, Inc.** | | Case No. | **18-14808-JNF** |
|---|---|---|---|---|
| | Debtor(s) | | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Braunsdorf** | | **575,315.0** | **Common Stock** |
| **Robert Kea** | Series A | **22,001.0** | **Preferred Stock** |
| **Robert M. Wadsworth** | Series A | **42,033.0** | **Preferred Stock** |
| **Robert Nagel** | Series A | **24,783.0** | **Preferred Stock** |
| **Robert Thorvald Nagel** | | **3,334.0** | **Common Stock** |
| **SRJ Norway II Partners LP** | Series A | **117,398.0** | **Preferred Stock** |
| **SRJ Norway Partners LP** | Series A | **106,715.0** | **Preferred Stock** |
| **T. Clark Associates, LLC** | Series A | **100,553.0** | **Preferred Stock** |
| **The Arthur Coviello Revocable Trust** | Series A | **49,478.0** | **Preferred Stock** |
| **The John W. Jordan II Revocable Trust** | Series A | **40,601.0** | **Preferred Stock** |
| **The UBMB, LLC** | Series A | **209,351.0** | **Preferred Stock** |
| **Thos. J. Crotty TTE& Shar. K Crotty TTEE** | Series A | **3,197,544.0** | **Preferred Stock** |
| **William & Lori Kavanagh** | Series A | **39,283.0** | **Preferred Stock** |
| **William End** | Series A | **$40,800.0** | **Preferred Stock** |
| **William L. Nichol V 2017 Trust** | Series A | **14,284.0** | **Preferred Stock** |

In re:  **IDL Development, Inc.**          Case No. **18-14808-JNF**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  *January 17, 2019*      Signature  *[signature]*
                                                                                             **Christopher Nagel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.