# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** IDL Development, Inc.          **Case Number:** 18-14808     (CJP)     **Ch:** 11

EVIDENTIARY HEARING on #120 Motion of Debtor and Debtor-In-Possession to Sell Substantially All of Its Assets by Private Sale, Free and Clear of Liens, Claims, Interests and Encumbrances and #163 Cure Objection of Continuum Energy Technologies, LLC and #226 Objection of Continuum Energy Technologies, LLC (Filed Under Seal).

**COURT ACTION:**

- ___ Granted        ___ Approved           ___ Moot
- ___ Denied         ___ Denied without prejudice
- ___ Withdrawn in Open Court
- ___ Sustained      ___ Overruled
- ___ Continued to _____
- ___ Proposed Order Submitted by _____
- ___ Stipulation to be Submitted by _____
- ___ Taken Under Advisement
- ___ Fees allowed in the amount of: $_____  Expenses of: $_____
- ___ No appearance/response by: _____

Show Cause Order        ___ Released           ___ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

DAYS ONE AND TWO OF EVIDENTIARY HEARING HELD ON JUNE 3 AND JUNE 4, 2019, RESPECTIVELY, AND CONTINUED TO JUNE 7, 2019 AT 9:30 A.M. IN COURTROOM 1, BOSTON.

ATTORNEY RUBENSTRUNK MAY APPEAR TELEPHONICALLY AT THE CONTINUED HEARING. HE SHALL CONTACT LEAH KAINE, COURTROOM DEPUTY, AT 617-748-5327 TO OBTAIN DIAL-IN INSTRUCTIONS FOR THE HEARING.

IT IS SO ORDERED:

_____  Dated: 06/05/2019
Christopher J. Panos
United States Bankruptcy Judge