

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  IDL DEVELOPMENT, INC.,  Debtor | Ch. 7  18-14808-CJP |

## Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing on #463 Objection of Creditors, Corinna von Schonau-Riedweg and EBUR Investments, LLC to (I) Recognition of Transfer of Claims Other Than for Security from Transferor Continuum Energy Technologies, LLC to John K. Hannan In His Capacity as a Receiver of Continuum Energy Technologies, LLC and Substitution of Said Receiver for Continuum Energy Technologies, Inc. and (II) Reservation of Rights Regarding Discovery and #471 Reply of Receiver John K. Hannan and #474 Sur Reply of Creditors Corinna von Schonau-Riedweg and Ebur Investments, LLC.

**Decision set forth more fully as follows:**

THE HEARING IS CONTINUED AND WILL BE RESCHEDULED IN CONNECTION WITH A POSSIBLE RULE 9019 MOTION THAT MAY BE FILED BY THE TRUSTEE OR BY FURTHER ORDER OF THE COURT. WITHIN TEN (10) DAYS ATTORNEY O'CONNELL SHALL SERVE UP TO 15 INTERROGATORIES ON THE RECEIVER. THE RECEIVER SHALL HAVE 14 DAYS TO RESPOND AND SHALL SERVE THE RESPONSES ON BOTH ATTORNEY O'CONNELL AND ATTORNEY MADOFF.

By the Court,

Christopher J. Panos
United States Bankruptcy Judge

Dated: 8/20/2020