

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br>IDL DEVELOPMENT, INC.,<br>    Debtor | Ch. 7<br>18-14808-CJP |

### ORDER

**MATTER:**

#493 Uncontested Motion to Continue Status Conference and Enlarge Deadlines with certificate of service filed by Other Party John K. Hannan, in his capacity as Receiver (Re: 490 Motion of Creditors, Corinna von Schonau-Riedweg and EBUR Investments, LLC, to Compel and to Enforce This Court's Order of August 20, 2020).

Upon consideration of the motion [Dkt. No. 493] (the "Continuance Motion") and by agreement of the parties, the Continuance Motion is granted in part as follows. The status conference scheduled with respect to the Motion to Compel and to Enforce This Court's Order [Dkt. No. 490] is hereby continued to December 3, 2020 at 10:00 a.m. by telephone. To participate, the parties shall dial (877) 873-8018 and enter access code 1167883.

The parties may file a stipulation contemplated by MLBR 7037-1(c) prior to the status conference, but the filing of an opposition is not necessary until the status conference is held.

Dated: 11/10/2020

By the Court,

Christopher J. Panos
United States Bankruptcy Judge