

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> IDL DEVELOPMENT, INC., <br>    Debtor | Ch. 7 <br> 18-14808-CJP |

## Proceeding Memorandum and Order

**MATTER:**

Telephonic Status Conference on #490 Motion of Creditors, Corinna von Schonau-Riedweg and EBUR Investments, LLC, to Compel and to Enforce This Court's Order of August 20, 2020.

**Decision set forth more fully as follows:**
FOR THE REASONS STATED ON THE RECORD, THE MOTION IS DENIED WITHOUT PREJUDICE.

Dated: 12/3/2020

By the Court,

Christopher J. Panos
United States Bankruptcy Judge